UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.S.,

                Petitioner,

     v.

HERNANDEZ, *et al*.,

                Respondents.

Case No. C26-1427-MLP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Michelle L. Peterson, United States Magistrate Judge:

On May 7, 2026, Petitioner filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. # 7.) A review of the amended petition reveals that it is defective because it has not been signed by Petitioner nor has Petitioner's counsel provided proper verification of the petition as required by Local Civil Rule ("LCR") 100(e).[1] Petitioner must correct this deficiency within **seven (7) days** of the date on which this Order is signed, or his petition will be subject to dismissal.

---

[1] While Petitioner's previous petition filed on April 27, 2026, is verified (*see* dkt. # 1 at 20), an amended pleading supersedes an original pleading and renders the original pleading without legal effect. *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

MINUTE ORDER - 1

DATED this 18th day of May, 2026.

JOSHUA C. LEWIS, Clerk

By T. Farrell
        Deputy Clerk

MINUTE ORDER - 2